**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7605

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

TONY ANTHONY BROWN, aka Fred J. Brown,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Fox, Senior District Judge.  (5:98-cr-00037-F)

Submitted:  February 28, 2008         Decided:  March 7, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tony Anthony Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Anthony Brown, a federal prisoner, appeals the district court's orders denying Brown's motions for multiple forms of relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Brown, No. 5:98-cr-00037-F (E.D.N.C. Sept. 21, Sept. 26, & Oct. 10, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED